Disposition of Petitions for Discretionary Review Under G.S. 7A-31

13 June 2012

| 148P10-4 | Lance Adam Goldman v. Reuben F. Young | 1. Plt's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **06/08/12** |
| | | 2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **06/08/12** |
| | | 3. Plt's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot **06/08/12** |
| 149P12 | State v. David Andrew Blackley | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1133) | Denied |
| 151P12 | State v. Samuel James Cooper | 1. Def's NOA Based Upon a Constitutional Question (COA11-809) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 152P12 | State v. Jermaine Pittman | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-1143) | Denied |
| 153P12 | State v. Lorraine Lewis Blackwell | Def's *Pro Se* Motion for NOA and Request to Void Judgment | Dismissed |
| 156P12 | Inland Harbor Homeowners Association, Inc. v. St. Josephs Marina, LLC, Renaissance Holdings, LLC, St. Josephs Partners, LLC, Dewitt Real Estate Services, Inc., Dennis Barbour, Randy Gainey, Thomas A. Saieed, Jr., Todd A. Saieed, Robert D. Jones, and The North Carolina Coastal Resources Commission | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA11-715) | 1. See Special Order |
| | | 2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot |
| 162P12 | State v. Amanda Lea Rose | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA12-28) | Denied |
| 165P12 | State v. James Curtis Townsend | 1. Def's *Pro Se* PWC to Review Order of COA (COAP12-172) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |